No. 79–5100. PETRILLO v. SPATOLA. Appeal from Super. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1808. CONWAY ET AL. v. HOSPITAL CORPORATION OF AMERICA ET AL. Appeal from Ct. Civ. App. Tex., 6th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 78–1812. O'DONNELL ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 78–1828. SPARKS ET AL. v. PARKER, JUDGE. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.

No. 78–1854. WARREN ET AL. v. SUN OIL Co. Appeal from Ct. App. Okla. dismissed for want of substantial federal question.

No. 78–1936. RINEHART v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 78–6704. FINCE v. KLEIN, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES, ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 78–6911. LAMAR v. GEORGIA. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 79–34. STINSON v. LOUISIANA STATE BAR ASSN. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.